

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-2006

# Austin Powder Co v. Popple Constr Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4671

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Austin Powder Co v. Popple Constr Inc" (2006). *2006 Decisions.* Paper 1477.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1477

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-4671

Austin Powder Company

v.

Popple Construction, Inc.,
                                                Appellant

Appeal from the United States District Court
for the Middle District of Pennsylvania
(Civil No. 01-cv-01931)

Argued: November 15, 2005

**ORDER AMENDING OPINION**

At the direction of the Court, it is **HEREBY ORDERED** that the Not Precedential opinion filed in this case on February 17, 2006, be amended as follows:

On page 4, line 117 - the word "notice" should be "noticed"

On page 5, line 129 - delete the word "an" after "at" and before "its" so that the line reads "at its own . . ."

By the Court,


 /s/ Marcia M. Waldron
Clerk

Dated:    March 7, 2006